Dale Maisano 077877
Arizona State Prison Tucson Winchester
P.O. Box 24407
Tucson, Arizona 85734

## In The United States District Court
## For The Middle District of Tennessee

Dale Maisano,
Plaintiff

RECEIVED
IN CLERK'S OFFICE

JAN 17 2014

U.S. DISTRICT COURT
MID. DIST. TENN.

3:14-mc-182

V.

Sgt. Martinez,
Corizon Health Inc,
NP John Modrzejewski,
Arizona State of Dir
C. Ryan, Warden T.
Schroeder, DW. Linda
Vega, Defendants

Jury Trial Demanded x 12
42 U.S.C. §§ 1997 (e), 1985,
Under The Civil Rights Act of
1871 Re Pvt Parties, Under The
8th, 11th & 14th Amends of The
U.S. Const. as Well as RICO
Violations & Medical
Malpractice

On 12-24-13 at 12 PM, I informed Sgt Martinez
That Medical keep calling Me VIA Pass to Medical, I've
walked up to have and They keep telling Me They Dint
need Me, Fully aware I have Sun Issues as well Valley Fever.

Relief Requested

1  Stop This Torture see Walmart V. Duke 131 S.Ct. (2011)²⁵⁴¹
2  Correct This issue or get this Done, Your Choice
3  Sun and Valley Can Both Kill Immant Danger (Excepting
4  From each Defendant Under The Civil Right. Act of 1871 A/ Pvt Parties. One
   Trillion Dollars U.S. Under The Code of State Law and Rico Violation
   Ten Trillion Dollars U.S. This is not a joke
5  See Maisano V. French CV-17-0260 Rec TVC Same Relief as w/in This
   Action Reg w/in This New Action.
   Submitted Thus   1·9·14
   CC: Sgt. RR # 5  Same          by Dale Maisano

Inmate Dali Maisano
ADC # 077877
Arizona State Prison Complex Tucson
Unit Winchester

Tucson AZ 85734



0MH26513497
$02.12⁰
01/14/2014
Mailed From 85777
US POSTAGE

Clerk of The U. S. Dist. Ct.
800 U.S. Courthouse
Nashville, Tenn    37203

RECEIVED
IN CLERK'S OFFICE

JAN 1 7 2014

U. S. DISTRICT COURT
MID. DIST. TENN.

Legal Mail

Legal Mail